**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **ALLISON THEYS, VICTORIA GRIVETTI, JULIE BELL, MARIA ROUNDTREE, and EQUILA JACKSON**, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**DENTAL INTELLIGENCE, INC., DENTAL EXPERTS, LLC D/B/A DENTAL DREAMS, and FAMILIA DENTAL, LLC.**,<br><br>Defendants. | Civil Action No. 1:25-cv-02464<br><br>Judge Lindsay C. Jenkins<br><br>Magistrate Judge Beth Jantz |

**DEFENDANT DENTAL INTELLIGENCE, INC.'s**
**MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(1), 12(b)(2), & 12(b)(6)**

Defendant Dental Intelligence, Inc. ("DI") moves to dismiss Plaintiffs' Complaint with prejudice under the Federal Rules of Civil Procedure 12(b)(1), 12(b)(2), and 12(b)(6).

Plaintiffs allege DI is liable under federal and state wiretapping laws because DI allegedly shared information that Plaintiffs voluntarily provided DI to schedule dental appointments. As an intended recipient of the inputted information, DI is considered a party to the communications and cannot be liable for wiretapping under federal and various state laws. Plaintiffs were also aware of DI's Privacy Policy and consented to the disclosure of information they provided DI, further absolving DI of any alleged wiretapping liability. Finally, Plaintiffs bring numerous inadequately plead common law claims, some of which are not even recognized causes of action. For these reasons, those described in DI's concurrently filed Memorandum of Law, and those provided by

codefendants in their respective motions to dismiss, DI respectfully requests the Court dismiss Plaintiffs' claims with prejudice and that Plaintiffs' request for punitive damages be stricken.

Dated: May 16, 2025

Respectfully submitted,

*/s/ David L. Yohai*
David L. Yohai (admitted *pro hac vice* )
Blake J. Steinberg (admitted *pro hac vice*)
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile (212) 310-8007
david.yohai@weil.com
blake.steinberg@weil.com

David R. Singh
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway, 6th Floor
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100
david.singh@weil.com

Brian A. Sher
Steven G. Trubac
Bryan Cave Leighton Paisner LLP
161 North Clark Street, Suite 4300
Chicago, Illinois 60601
Telephone: (312) 602-5000
Facsimile: (312) 602-5050
brian.sher@bclplaw.com
steve.trubac@bclplaw.com

*Attorneys for Defendant Dental Intelligence, Inc.*

**CERTIFICATE OF SERVICE**

I, David L. Yohai, an attorney, certify that on May 16, 2025, I filed and served the foregoing motion on all counsel of record by filing the same through the Court's CM/ECF system.

By: *_/s/ David L. Yohai__*

David L. Yohai