**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLIOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ALLISON THEYS, VICTORIA GRIVETTI, JULIE BELL, MARIA ROUNDTREE, and EQUILA JACKSON, on behalf of themselves and all others similarly situated, | ) | |
| Plaintiffs, | ) | Case No. 1:25-cv-02464 |
| v. | ) | Honorable Lindsay C. Jenkins |
| DENTAL INTELLIGENCE, INC., DENTAL EXPERTS, LLC D/B/A DENTAL DREAMS, and FAMILIA DENTAL, LLC., | ) | Honorable Beth W. Jantz |
| Defendants. | ) | |

**DEFENDANT FAMILIA DENTAL, LLC'S**
**MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

Defendant, Familia Dental, LLC ("Familia Dental"), by and through its undersigned counsel, pursuant to Federal Rule of Civil Procedure 12(b)(1) and (b)(6), moves to dismiss the Complaint in its entirety as to Familia Dental. In support of this Motion, Familia Dental submits its Memorandum of Law in Support contemporaneously filed herein, incorporates Defendant Dental Intelligence, Inc.'s ("DI") Memorandum of Law in Support of its Motion to Dismiss ("Omnibus Brief"), and states as follows:

1. There are five total plaintiffs purporting to assert claims on behalf of a putative class of persons. As to Familia Dental, only Plaintiff Allison Theys alleges claims against it. [Doc. 1, ¶¶ 19–24, 29, 34, 40, 46.]

2. The purported claims brought by Theys against Familia Dental are: Invasion of Privacy (Count I); Breach of Confidence (Count II); Breach of Fiduciary Duty (Count III);

Negligence (Count IV); Breach of Implied Contract (Count V); Unjust Enrichment (Count VI); Violation of the Electronic Communications Privacy Act (Count VII); and Violation of the Wisconsin Wiretap Act (Count IX). [Doc. 1, ¶¶ 19, 166–246, 253–256.]

3. For the reasons set out in the Omnibus Brief, Theys' claims fail in their entirety.

4. Specific to Familia Dental, Theys' claims should be dismissed for three additional reasons.

5. *First*, Theys, a Wisconsin resident bringing Wisconsin claims, asserts that she visited a dental clinic in Wisconsin. Familia Dental, however, is a dental clinic servicing patients in Addison, Illinois. Thus, Theys fails to allege an injury fairly traceable to Familia Dental and lacks standing to sue it.

6. *Second*, it is clear on the face of the Complaint that Theys' Counts I, III, and VII are time-barred.

7. *Third*, Theys' improper group pleading fails to put Familia Dental on notice of any alleged wrongful conduct it specifically engaged in.

Therefore, Defendant Familia Dental, LLC asks this Honorable Court to enter an order in its favor and Dismiss Plaintiff's Complaint in its entirety pursuant to Federal Rule of Civil Procedure 12(b)(1) and (b)(6), and for such other and further relief as the Court deems just and proper.

Dated: May 16, 2025

Respectfully submitted,

**FAMILIA DENTAL, LLC,**

By: /s/ Danielle J. Gould
One of its Attorneys

Danielle J. Gould (dgould@burkelaw.com)
Brittany Martin (bmartin@burkelaw.com)
**BURKE, WARREN, MACKAY & SERRITELLA, P.C.**
330 N. Wabash Avenue, 21st Floor
Chicago, Illinois 60611-3607
Tel: (312) 840-7000 / Fax: (312) 840-7900

*Counsel for Familia Dental, LLC*

4901-5644-4227