**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **ALLISON THEYS, VICTORIA GRIVETTI, JULIE BELL, MARIA ROUNDTREE, and EQUILA JACKSON**, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**DENTAL INTELLIGENCE, INC., DENTAL EXPERTS, LLC D/B/A DENTAL DREAMS, and FAMILIA DENTAL, LLC.**,<br><br>Defendants. | Civil Action No. 1:25-cv-02464<br><br>Judge Lindsay C. Jenkins<br><br>Magistrate Judge Beth Jantz |

**DEFENDANT DENTAL DREAMS'**
**MOTION TO DISMISS**

Defendant Dental Experts, LLC d/b/a Dental Dreams ("Dental Dreams"), through its attorneys, moves to dismiss Plaintiffs' Complaint with prejudice pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). Counsel for the parties conferred regarding this motion, but were unable to agree on a resolution.[1]

Plaintiffs' alleged injuries arise out of their alleged use of a tool designed, owned, and operated by Dental Intelligence, *not* Dental Dreams. The Complaint is devoid of any well-pled allegations that Dental Dreams had knowledge of the alleged tracking mechanism in the tool, instructed Dental Intelligence to implement any tracking tools, or benefited from the tracking tools. That Plaintiffs hide behind improper group pleading is a tacit acknowledgement that they cannot truthfully make any of those necessary allegations as to Dental Dreams. Moreover, even if

[1] During the meet and confer, Plaintiffs' counsel acknowledged that they did not intend to assert claims on behalf of the Wisconsin Subclass against Dental Dreams, which does not operate in Wisconsin.

Plaintiffs could make those allegations, they would fail to support Plaintiffs' claims against Dental Dreams. For these reasons, and those additional reasons described in the contemporaneously filed Memorandum, the Declaration of David Wolle (ECF No. 45-1), and the Omnibus Motion to Dismiss and Memorandum in Support (ECF Nos. 39, 40), Dental Dreams respectfully requests that the claims against it be dismissed with prejudice and that the request for punitive damages be stricken.

Dated: May 16, 2025

Respectfully submitted,

*/s/ David P. Saunders*

David P. Saunders (6293694)
Daniel R. Campbell (6312473)
MCDERMOTT WILL & EMERY, LLP
444 W. Lake Street
Chicago, IL 60606
Tel: (312) 372-2000
dsaunders@mwe.com
dcampbell@mwe.com

*Attorneys for*
*Dental Experts, LLC d/b/a Dental Dreams*

**CERTIFICATE OF SERVICE**

I, David Saunders, an attorney, certify that on May 16, 2025, I filed and served the foregoing motion on all counsel of record by filing the same through the Court's CM/ECF system.

By: *_/s/ David P. Saunders*

David P. Saunders