**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Allison Theys, et al.
Plaintiff,
v.
Case No.: 1:25−cv−02464
Honorable Lindsay C. Jenkins
Dental Intelligence, Inc., et al.
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 16, 2025:

MINUTE entry before the Honorable Lindsay C. Jenkins: Plaintiff has filed an amended complaint pursuant to FRCP 15(a)(1)(B), therefore the motions to dismiss [39] [42] [44] are denied as moot. Defendants' responsive pleadings are due by July 30, 2025. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.