**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ALLISON THEYS, VICTORIA GRIVETTI, JULIE BELL, MARIA ROUNDTREE, and EQUILA JACKSON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DENTAL INTELLIGENCE, INC., DENTAL EXPERTS, LLC D/B/A, DENTAL DREAMS, FAMILIA DENTAL, LLC, and FAMILIA DENTAL WEST GREEN BAY LLC,<br><br>Defendants. | Civil Action No.<br><br>1:25-cv-02464<br><br>Judge: Hon. Lindsay C. Jenkins<br><br>Magistrate Judge: Hon. Beth W. Jantz |

**DEFENDANT DENTAL INTELLIGENCE, INC.'s**
**<u>MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(2) & 12(b)(6)</u>**

Defendant Dental Intelligence, Inc. hereby moves the Court for an order pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6) dismissing Plaintiffs' Amended Complaint (ECF No. 53) with prejudice. The grounds for supporting the motion are set forth in the memorandum of law filed with this motion.

*[Remainder of page left intentionally blank]*

Dated: August 29, 2025

Respectfully submitted,

*/s/ David L. Yohai*

David L. Yohai (admitted *pro hac vice* )
Blake J. Steinberg (admitted *pro hac vice*)
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile (212) 310-8007
david.yohai@weil.com
blake.steinberg@weil.com

David R. Singh
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway, 6th Floor
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100
david.singh@weil.com

Brian A. Sher
Steven G. Trubac
Lauren Caisman
Bryan Cave Leighton Paisner LLP
161 North Clark Street, Suite 4300
Chicago, Illinois 60601
Telephone: (312) 602-5000
Facsimile: (312) 602-5050
brian.sher@bclplaw.com
steve.trubac@bclplaw.com
lauren.caisman@bclplaw.com

*Attorneys for Defendant Dental Intelligence, Inc.*