**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLIOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ALLISON THEYS, VICTORIA GRIVETTI, JULIE BELL, MARIA ROUNDTREE, and EQUILA JACKSON, on behalf of themselves and all others similarly situated, | ) | |
| | ) | Case No. 1:25-cv-02464 |
| Plaintiffs, | ) | |
| v. | ) | Honorable Lindsay C. Jenkins |
| DENTAL INTELLIGENCE, INC., DENTAL EXPERTS, LLC D/B/A DENTAL DREAMS, FAMILIA DENTAL, LLC, and FAMILIA DENTAL WEST GREEN BAY, LLC, | ) | Honorable Beth W. Jantz |
| Defendants. | ) | |

**DEFENDANT FAMILIA DENTAL WEST GREEN BAY, LLC'S**
**MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**

Defendant, Familia Dental West Green Bay, LLC ("Familia Dental WGB"), by and through its undersigned counsel, pursuant to Federal Rule of Civil Procedure 12(b)(1) and (b)(6), moves to dismiss the Amended Complaint in its entirety as to Familia Dental WGB. In support of this Motion, Familia Dental WGB submits its Memorandum of Law in Support contemporaneously filed herein, incorporates Defendant Dental Intelligence, Inc.'s ("DI") Memorandum of Law in Support of its Motion to Dismiss ("Omnibus Brief"), and states as follows:

1. The Parties have conferred regarding the briefing schedule for Familia Dental WGB's Motion to Dismiss and agreed to the following: Plaintiffs' response due on or before November 19, 2025 and Familia Dental WGB's reply due on or before December 8, 2025.

2. There are five total plaintiffs purporting to assert claims on behalf of a putative class of persons. As to Familia Dental WGB, only Plaintiff Allison Theys alleges claims against it. [Doc. 53, ¶¶ 19–24, 28, 34, 40, 46.]

3. The purported claims brought by Theys against Familia Dental WGB: Invasion of Privacy (Count I); Negligence (Count II); Breach of Implied Contract (Count III); Unjust Enrichment (Count IV); Violation of the Electronic Communications Privacy Act ("ECPA") (Count V); and Violation of the Wisconsin Wiretap Act (Count VI). [*Id.* ¶¶ 19–24, 168–241.]

4. For the reasons set out in the Omnibus Brief, Theys's claims fail in their entirety.

5. Specific to Familia Dental WGB, Theys's claims should be dismissed for three additional reasons.

6. *First*, Theys fails to allege an injury fairly traceable to Familia Dental WGB and accordingly lacks standing to sue it.

7. *Second*, it is clear on the face of the Amended Complaint that Theys's Counts I and V are time-barred.

8. *Third*, Theys's improper group pleading fails to put Familia Dental WGB on notice of any alleged wrongful conduct it specifically engaged in.

Therefore, Familia Dental West Green Bay, LLC asks this Honorable Court to enter an order in its favor and Dismiss Plaintiff's Amended Complaint in its entirety pursuant to Federal Rule of Civil Procedure 12(b)(1) and (b)(6), and for such other and further relief as the Court deems just and proper.

Dated: October 20, 2025

Respectfully submitted,

**FAMILIA DENTAL WEST GREEN BAY, LLC**

By: /s/ Danielle J. Gould

One of its Attorneys

Danielle J. Gould (dgould@burkelaw.com)
Brittany Martin (bmartin@burkelaw.com)
**BURKE, WARREN, MACKAY & SERRITELLA, P.C.**
330 N. Wabash Avenue, 21st Floor
Chicago, Illinois 60611-3607
Tel: (312) 840-7000 / Fax: (312) 840-7900

*Counsel for Familia Dental West Green Bay, LLC*

4910-4378-0724