**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **VICTORIA GRIVETTI, JULIE BELL, and EQUILA JACKSON,** on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**DENTAL INTELLIGENCE, INC.,**<br><br>Defendant. | Civil Action No. 1:25-cv-02464<br><br>Judge: Hon. Lindsay C. Jenkins<br>Magistrate: Hon. Beth W. Jantz |

**PLAINTIFFS' UNOPPOSED MOTION
TO EXTEND PAGE LIMITS FOR THEIR UNOPPOSED MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Pursuant to Local Rule 7.1, Plaintiffs Victoria Grivetti, Julie Bell, and Equila Jackson ("Plaintiffs") respectfully request the Court to allow a fifteen (15) page extension of the page limits for Plaintiffs' forthcoming Motion for Preliminary Approval of Class Action Settlement (the "Motion"). In supports thereof, Plaintiffs state as follows:

1. Local Rule 7.1 states that no motion or brief in support "shall exceed 15 pages without prior approval of the court."

2. Plaintiffs' forthcoming Motion will seek: (1) preliminary approval of the class action settlement; (2) certification of a settlement class; (3) appointment of class representatives and class counsel; and (4) approval of the proposed notice program and claims process. Given its breadth, Plaintiffs request that the Court permit Plaintiffs a brief of up to thirty (30) pages in support of the Motion. This extension will permit Plaintiffs to appropriately address the terms of the settlement and the applicable legal standards.

3. Defendant Dental Intelligence, Inc. does not oppose the relief requested herein.

WHEREFORE, Plaintiffs respectfully request that this Court extend the page limits for Plaintiffs' Motion by fifteen (15) pages, allowing Plaintiffs to file a brief not to exceed thirty (30) pages.

Dated: September 22, 2026

Respectfully submitted,

*/s/ Sonjay C. Singh*
Sonjay C. Singh (*pro hac vice*)
**SIRI & GLIMSTAD LLP**
400 East Pratt Street
8th Floor - #16946751
Baltimore, MD 21202
Tel: (212) 532-1091
E: ssingh@sirillp.com

***Attorneys for Plaintiffs and the Class***