**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

**VICTORIA GRIVETTI, JULIE BELL, and EQUILA JACKSON,** on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

**DENTAL INTELLIGENCE, INC.,**

Defendant.

Civil Action No. 1:25-cv-02464

Judge: Hon. Lindsay C. Jenkins
Magistrate: Hon. Beth W. Jantz

**[PROPOSED] FINAL APPROVAL ORDER**

This matter is before the Court on Plaintiffs' Motion for Final Approval of the Class Action Settlement. The Court has reviewed: (1) the Class Action Settlement Agreement and Release filed September 23, 2026 (the "Settlement" or "Settlement Agreement") between Plaintiffs Victoria Grivetti, Julie Bell, and Equila Jackson (collectively, "Plaintiffs") and Defendant Dental Intelligence, Inc. ("Defendant") (collectively, the "Parties"); (2) Plaintiffs' Motion for Final Approval of the Class Action Settlement ("Motion for Final Approval"); and (3) Plaintiffs' Motion for Attorneys' Fees, Costs, and Service Awards. In view of these documents, the Court's Order Granting Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement ("Preliminary Approval Order"), having held a Final Approval Hearing on ____________, 2026, and having considered all submissions and arguments regarding the Settlement, and being fully informed, and good cause appearing,[1] **IT IS HEREBY ORDERED:**

1. Plaintiffs' Motion for Final Approval of Class Action Settlement is **GRANTED**.

[1] Unless otherwise indicated, capitalized terms used herein have the same meaning as in the Settlement Agreement.

2. This Order incorporates herein and makes a part hereof the Settlement Agreement (including its exhibits) and the Preliminary Approval Order. Unless otherwise provided herein, the terms defined in the Settlement Agreement and Preliminary Approval Order shall have the same meanings for purposes of this Order.

3. The Court has subject matter jurisdiction over this matter, including, without limitation, jurisdiction to approve the Settlement, confirm certification of the Settlement Class for settlement purposes only, to settle and release all claims released in the Settlement, and to dismiss the Action with prejudice.

## I. CERTIFICATION OF THE SETTLEMENT CLASS

4. Based on its review of the record, including the Settlement, all submissions in support of the Settlement, and all prior proceedings in the Action, the Court finally certifies the following Settlement Class for settlement purposes only:

> **All natural persons in the United States who used the LocalMed Portal to schedule, modify, or re-schedule an appointment between March 2022 and June 2025 and whose Personal Dental Information was allegedly disclosed or transmitted to Google or any other unauthorized third party. The Settlement Class specifically excludes: (i) the Released Parties; and (ii) the Court, Court personnel, and members of their immediate families.**

The Court determines, for settlement purposes, that: (a) the Settlement Class is so numerous that joinder of all Settlement Class members would be impracticable; (b) there are issues of law and fact common to the Settlement Class; (c) the claims of Plaintiffs are typical of and arise from the same operative facts and seek similar relief as the claims of the Settlement Class members; (d) Plaintiffs and Settlement Class Counsel have fairly and adequately protected the interests of the Settlement Class as Plaintiffs have no interest antagonistic to or in conflict with the Settlement Class and have retained experienced and competent counsel to prosecute this matter on behalf of the Settlement Class; (e) questions of law or fact common to Plaintiffs predominate over any

questions affecting only individual members; and (f) a class action and class settlement is superior to other methods available for a fair and efficient resolution of this controversy.

5. Plaintiffs Victoria Grivetti, Julie Bell, and Equila Jackson are finally appointed as class representatives.

6. Tyler J. Bean and Sonjay C. Singh of Siri & Glimstad, LLP are finally appointed as Settlement Class Counsel.

## II. NOTICE

7. The Court finds that the form, content, and method of giving notice to the Settlement Class: (a) constituted the best practicable notice to the Settlement Class; (b) was reasonably calculated, under the circumstances, to apprise Settlement Class Members of the pendency of the action, the terms of the proposed Settlement, and their rights under the proposed Settlement; (c) was reasonable and constitutes due, adequate, and sufficient notice to those persons entitled to receive notice; and (d) satisfied the constitutional requirement of due process, and any other legal requirements. The Court further finds that the Notice was written in plain language, used simple terminology, and was designed to be readily understandable by Settlement Class Members.

8. The Court also finds that notice to appropriate federal and state officials pursuant to the federal Class Action Fairness Act has been timely sent and that such notice fully satisfies the requirements of the federal Class Action Fairness Act, 28 U.S.C. § 1715.

## III. JURISDICTION

9. The Court finds it has personal and subject-matter jurisdiction over this matter, the Parties, and all Settlement Class Members.

## IV. FINAL APPROVAL OF THE SETTLEMENT

10. There were ____ objections to Plaintiffs' Motion for Final Approval and Application for Attorneys' Fees, Costs, and Service Awards and ______ requests for exclusion from the proposed Settlement. The objections are overruled.

11. The Parties shall consummate the Settlement in accordance with the terms of the Settlement Agreement. The Settlement, and each and every term and provision thereof, including its release, shall be deemed incorporated herein as if explicitly set forth herein and shall have the full force and effect of an order of this Court.

## V. RELEASE

12. Upon the Effective Date, the Releasing Parties shall be deemed to have, and by operation of the Final Approval Order and Judgment shall have, fully, finally, and forever released, relinquished, and discharged the Released Parties from any and all Released Claims. The Released Claims include legal claims relating to the alleged disclosure to third parties of information you shared when Settlement Class Members used the LocalMed Portal.

13. Upon the Effective Date, Defendant shall be deemed to have, and by operation of the Judgment shall have, fully, finally, and forever released, relinquished, and discharged Plaintiffs, all Class Members, and Plaintiffs' Counsel from any and all claims based upon or arising out of the institution, prosecution, assertion, settlement, or resolution of the Action or the Released Claims, except for claims related to the enforcement of the Settlement Agreement.

14. Released Claims shall not include the right of any Settlement Class Member or any of the Released Parties to enforce the terms of the Settlement contained in the Settlement Agreement, and shall not include the claims of members of the Settlement Class who have timely excluded themselves from the Settlement Class, as listed in **Exhibit A**, attached hereto.

15. The Settlement Agreement and the Final Order and Judgment shall be binding on and have *res judicata* and preclusive effect in all pending and future lawsuits or other proceedings encompassed by the release described herein maintained by or on behalf of the Releasing Parties. Enforcement of the Settlement Agreement shall be the exclusive remedy for all members of the Settlement Class, including Plaintiffs, all of whom are bound by all proceedings, orders, and judgments in the Action and are permanently barred and enjoined from instituting, commencing, prosecuting, or continuing to prosecute, either directly or indirectly, any of the Released Claims. Members of the Settlement Class who are prosecuting or asserting any of the Released Claims are ordered to take whatever measures are necessary to effectuate dismissal of their claims.

## VI. APPLICATION FOR ATTORNEYS' FEES, COSTS, AND SERVICE AWARDS

16. The Court awards attorneys' fees and reimbursement of costs and expenses of _______, and payment of Service Awards in the amount of _____ to each of the Settlement Class Representatives. The Court directs the Settlement Administrator to pay such amounts in accordance with the terms of the Settlement Agreement. Settlement Class Counsel, in their sole discretion, shall allocate and distribute the amount of the Fee Award and Costs awarded by the Court among Plaintiffs' counsel.

## VII. NO ADMISSION OF LIABILITY

17. Neither the Settlement Agreement, nor any of its terms and provisions, nor any of the negotiations or proceedings connected with it, nor any of the documents or statements referred to therein, nor this Final Approval Order, nor any of its terms and provisions, shall be offered by any person or received against Defendant or any Released Party as evidence of, or construed as or deemed to be evidence of, any presumption, concession, or admission by Defendant of the truth of the facts alleged by any person, the validity of any claim that has been or could have been

asserted in the Action, the deficiency of any defense that has been or could have been asserted in the Action or in any litigation, or of any liability, negligence, fault, wrongdoing, or violation of any law by Defendant or any Released Party in any other litigation or judicial, civil, criminal, or administrative action or proceeding.

## VIII. OTHER PROVISIONS

18. Without affecting the finality of this Order in any way, the Court retains continuing jurisdiction over the Parties and the Settlement Class for the administration, consummation, and enforcement of the terms of the Settlement Agreement, including, but not limited to, enforcement of the Release.

19. In the event the Effective Date as defined in the Parties' Settlement Agreement does not occur, this Order shall be rendered null and void and shall be vacated and, in such event, as provided in the Settlement, this Order and all orders entered in connection herewith shall be vacated and null and void, the Parties shall be restored to their respective positions in the Action, all of the Parties' respective pre-Settlement claims and defenses will be preserved, and the terms and provisions of the Settlement shall have no further force and effect with respect to the Parties and shall not be used in the Action or in any other proceeding for any purpose, and any judgment or order entered by the Court in accordance with the terms of the Settlement shall be treated as vacated, *nunc pro tunc*. The Parties shall retain, without prejudice, any and all objections, arguments, and defenses with respect to class certification, including the right to argue that no class should be certified for any purpose, and with respect to the merits of any claims, defenses, or allegations in this Action.

20. This Final Order and Judgment bars and permanently enjoins all members of the Settlement Class who did not timely exclude themselves from (a) filing, commencing, prosecuting,

intervening in or participating (as class members or otherwise) in any other lawsuit or administrative, regulatory, arbitration or other proceeding in any jurisdiction based on, relating to, or arising out of the claims and causes of action or the facts and circumstances giving rise to the Action or the Released Claims; and (b) organizing Settlement Class Members that have not been excluded from the class into a separate class for purposes of pursuing as a purported class action any lawsuit or arbitration or other proceeding (including by seeking to amend a pending complaint to include class allegations or seeking class certification in a pending action) based on, relating to, or arising out of the claims and causes of action or the facts and circumstances giving rise to the Litigation or the Released Claims except that Settlement Class Members are not precluded from participating in any investigation or suit initiated by a state or federal agency.

21. The Court dismisses the litigation now pending before the Court on the merits and with prejudice and without fees or costs except as provided herein. The Court orders the entry of, and enters, this Final Order and Judgment on all claims, counts, and causes of action alleged in this Litigation by Plaintiffs, on behalf of themselves, the Settlement Class, or both. In entering this Final Order and Judgment with the provisions stated herein and other limiting provisions, this Court specifically refers to and invokes the Full Faith and Credit Clause of the United States Constitution and the doctrine of comity, and requests that any court in any other jurisdiction reviewing, construing, or applying this Final Order and Judgment implement and enforce its terms and limitations in their entirety.

22. The Court authorizes the Parties, without further approval from the Court, to agree to and adopt such amendments, modifications and expansions of the Settlement Agreement and all exhibits thereto as (a) shall be consistent in all material respects with this Final Order and Judgment, and (b) do not limit the rights of the Parties or Settlement Class Members.

23. Pursuant to Rule 54 of the Federal Rules of Civil Procedure, the Court finds that there is no reason for delay in the entry of this Final Order and Judgment as a final order and final judgment, and the Court further expressly directs the Clerk of the Court to file this Final Order and Judgment as a final order and final judgment.

**IT IS SO ORDERED** this ___ day of ________________, 2026.

*/s/*________________________
Hon. Lindsay C. Jenkins