**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Allison Theys, et al.

Plaintiff,

v.

Case No.: 1:25−cv−02464
Honorable Lindsay C. Jenkins

Dental Intelligence, Inc., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 24, 2026:

MINUTE entry before the Honorable Lindsay C. Jenkins: The motion for an extension of time [101] is denied as unnecessary. The motion for preliminary settlement approval [102] is granted. Separate preliminary approval order to issue. A final approval hearing is set for March 25, 2027, at 9:15 am in Courtroom 2119. The motion for final approval and for attorney's fees, costs, and service awards is due by February 8, 2027, and any response is due by March 10, 2027. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.